UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00236-KK-DTBx** | Date: | July 6, 2026 |
|---|---|---|---|

Title:     *Lydia Carnero Morin v. Nissan North America, Inc. et al.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to File Pretrial Documents**

On March 10, 2026, the Court issued a Civil Trial Scheduling Order setting forth the filing schedule for pretrial documents prior to the Final Pretrial Conference scheduled for July 23, 2026. ECF Docket No. ("Dkt.") 17 at 5-11; see also C.D. Cal. L.R. 16-4 to -7.  The parties' Memoranda of Contentions of Fact and Law were due no later than 21 days prior to the Final Pretrial Conference. Dkt. 17 at 5; see also C.D. Cal. L.R. 16-4. The parties, thus, were required to file their Memoranda of Contentions of Fact and Law no later than July 2, 2026.  However, to date, Plaintiff has failed to file a Memorandum of Contentions of Fact and Law.  Therefore, Plaintiff is in violation of the Court's Civil Trial Scheduling Order.

The Court has inherent power to impose sanctions for willful disobedience of a court order. See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012).  Before imposing sanctions, however, the Court will afford Plaintiff an opportunity to explain her failure to file the required Memorandum of Contentions of Fact and Law as directed by the Court's Civil Trial Scheduling Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing no later than July 9, 2026, why she should not be sanctioned in the amount of $500 for failing to comply with the Court's Civil Trial Scheduling Order.  Furthermore, **Plaintiff is expressly warned that failure to file a timely response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

In addition, Plaintiff is ordered to file the required Memorandum of Contentions of Fact and Law **no later than July 9, 2026**.  Failure to comply with result in additional sanctions.  <u>See</u> Fed. R. Civ. P. 16(f).

**IT IS SO ORDERED.**