**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

LYDIA CARNERO MORIN,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:26-cv-00236-KK-DTB

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

State Ct. Complaint Filed: November 25, 2025

District Judge: Hon. Kenly Kiya Kato

Magistrate Judge: Hon. David T. Bristow

Trial Date: August 10, 2026

EXH 1 - 3

**ORDER**

This matter came before the Court on a Stipulation for Dismissal With Prejudice filed by the Plaintiff, LYDIA CARNERO MORIN, and Defendant, NISSAN NORTH AMERICA, INC. That Stipulation is hereby **GRANTED AS REQUESTED**, and this matter is dismissed with prejudice.

Dated: October 5, 2026

HON. KENLY KIYA KATO
United States District Court Judge

EXH 1 - 4